**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RENAE' BROWN**                                                                                          **PLAINTIFF**

**vs.**                                              **CASE NO.   4:05-CV-01829**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED THIS  2nd  day of March, 2007.

 /s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE